AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

WALTER HERNANDEZ,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:06-cv-00285-BES-VPC**
                     **3:07-CV-00146-BES-VPC**

WASHOE COUNTY, a political
subdivision of the State of Nevada;
and OFFICER MEISTER, an
individual,
      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Officer Meister's Motion for Summary Judgment (#36 in case No. 3:06-cv-00285-BES-VPC) is GRANTED.

  January 23, 2009                         **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ D. R. Morgan
                                                   Deputy Clerk